# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0776

_____

GLEN SCHOOLEY,

Appellant,

v.

WELLS FARGO BANK, NA as
Trustee for Option One
Mortgage Loan Trust 2007-
FXD2, et al.,

Appellees.

_____

On appeal from the Circuit Court for Holmes County.
Christopher Patterson, Judge.

July 27, 2026

PER CURIAM.

DISMISSED.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Glen Schooley, pro se, Appellant.

Kimberly George of Deluca Law Group, PLLC, of Fort Lauderdale, for Appellees.